1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William B. Sanders* and *Mr. A. R. Sheriff* for petitioner. *Mr. James H. Beal, Mr. C. H. Grosvenor, Mr. John G. Reeves* and *Mr. M. A. Daugherty* for respondent.

---

No. 380. MOLLIE E. DUPREE ET AL., PETITIONERS, *v.* C. W. MANSUR. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. J. J. Darlington* for petitioners. *Mr. J. M. McCormick* for respondent.

---

No. 475. EUGENE C. KREIGH, PETITIONER, *v.* WESTING-HOUSE, CHURCH, KERR & COMPANY. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. James S. Botsford* for petitioner. No appearance for respondent.

---

No. 480. ELIZABETH PECK, PETITIONER, *v.* THE TRIBUNE COMPANY. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Rufus S. Simmons* and *Mr. S. C. Irving* for petitioner. *Mr. John Barton Payne* for respondent.

---

No. 309. ALBERTA J. SHARPE ET AL., PETITIONERS, *v.* EDWARD W. RANNELS. October 28, 1907. Petition for a writ of certiorari to the United States Circuit Court of Ap-